```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

| | |
|---|---|
| **RALPH CLEMENTS,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) CIVIL ACTION NO. 11-00331-B |
| **VS.** | ) |
| | ) |
| **SWIFT TECHNICAL SERVICES, LLC,** | ) |
| *et al.,* | ) |
| | ) |
|     **Defendants.** | ) |

## ORDER

This action is before the Court for review. Defendants Swift Technical Services, LLC and Swift Worldwide Resources were served on August 19, 2011 with a summons and the complaint, and on September 16, 2011, they filed an unopposed motion for additional time in which to respond to the complaint. (Docs. 6, 8, 9). Although Defendants' motion was granted and the deadline for Defendants' answer or other response was extended to November 3, 2011, as of the date of this Order, Defendants have not filed an answer or other response to the complaint. Accordingly, Plaintiff is ORDERED to **SHOW CAUSE** on or before **November 29, 2011** why a request for entry of default has not been made.

    **DONE** this the **16th** day of **November, 2011.**

                                               /s/SONJA F. BIVINS
                                      **UNITED STATES MAGISTRATE JUDGE**